IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JEANETTA CARTER | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. CCB-02-683 |
| MCI WORLDCOM COMMUNICATIONS, INC. | : |
| Defendant. | : |

### ORDER

Plaintiff has filed a Motion for Appointment of Counsel. (Paper No. 5). Plaintiff's request for representation has been read, considered, and the same shall be denied. The Court, in the exercise of its discretion, shall deny the request for appointment of counsel at this time. *See Whisenant v. Yuam*, 739 F.2d 160, 163 (4th Cir. 1984). The request may be reconsidered if warranted by further developments in this case.

Upon review of the pleadings filed by Plaintiff, the Court finds that MCI WorldCom Communications, Inc., in Hunt Valley, Maryland, is the Defendant against whom Plaintiff seeks to file this action. Accordingly, the Clerk of Court shall be directed to amend the Court docket to reflect that MCI WorldCom Communications, Inc., is the named Defendant. Defendant WorldCom Technologies, Inc., shall, therefore, be dismissed without prejudice.

Accordingly, IT IS this 22nd day of March, 2002 by this Court, hereby ORDERED that:

1. Plaintiff's Motion for Appointment of Counsel (Paper No. 5), **IS DENIED**;

2. the Clerk of Court **TAKE ALL NECESSARY STEPS** to amend the Court docket



to reflect that MCI WorldCom Communications, Inc., is the named Defendant to this complaint;[1]

    3.    Defendant WorldCom Technologies, Inc., **IS DISMISSED** without prejudice as a party to this action;

    4.    the Clerk of Court **MAIL** a copy of this Order to Plaintiff.

_____
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff should follow the directives contained in the Court's March 7, 2002 Order regarding completion of the 285 U.S. Marshal form for Defendant MCI WorldCom Communications, Inc., in order to assist the Clerk of the Court in serving this Defendant with the complaint. The "restricted mail delivery" method of service used by the United States Marshal Service requires the use of an individual's – not a corporation's – name and in-state address. Plaintiff is advised to consider listing a **resident agent** for the Defendant corporation or the employee of the corporation allegedly involved in the action(s) discussed in her complaint as the "person to be served" when completing her 285 U.S. Marshal form.