IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEANETTA CARTER | * | |
| Plaintiff(s) | * | |
| vs. | * | Civil Action No.: CCB-02-683 |
| WORLDCOM TECHNOLOGIES, INC. | * | |
| Defendant(s) | * | |

******

## ORDER

Defendant having filed bankruptcy proceedings in which an automatic stay has been issued, it is, this 30th day of July, 2002,

ORDERED that this action be administratively closed without prejudice to the right of plaintiffs to move to reopen this action for good cause shown.

_____
Catherine C. Blake
United States District Judge

U.S. District Court (Rev. 12/1999)