IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 AUG 28  A 9: 39

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

| | |
|---|---|
| JEANETTA CARTER | : |
| Plaintiff, | : |
| v. | :  CIVIL ACTION NO. CCB-02-683 |
| WORLDCOM TECHNOLOGIES, INC. | : |
| Defendant. | : |

## O R D E R

On August 5, 2002 Plaintiff filed a Motion for Extension of Time to complete discovery. (Paper No. 18). On July 30, 2002 the court administratively closed this complaint in light of Defendant's bankruptcy filing which resulted in issuance of an automatic stay. (Paper No. 17). Consequently, the undersigned concludes that Plaintiff's August 5 motion shall be denied as moot.

Accordingly, IT IS HEREBY ORDERED this _____28_____ day of _____August_____, 2002 by the United States District Court for the District of Maryland that:

1.    Plaintiff's Motion for Extension of Time (Paper No. 18), **IS DENIED** as moot;

2.    The Clerk of the Court **MAIL** a copy of this Order to Plaintiff and counsel of record.

_____
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE